# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 618 |
| | : | |
| ORDER AMENDING RULE 509 OF THE RULES OF JUDICIAL ADMINISTRATION | : | JUDICIAL ADMINISTRATION DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of June, 2024, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, and in the interests justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3),

     **IT IS ORDERED** that Rule 509 of the Rules of Judicial Administration is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.